AO 442

unsealed on 1/31/08

SECRET

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED

UNITED STATES OF AMERICA

2007 DEC -3  P 4:03

v.

Esequiel Lopez aka Cheque (1)

U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA

142069

**WARRANT FOR ARREST** 8N53-198

7/25/84

**CASE NUMBER:** 07cr3245 BEN

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____Esequiel Lopez aka Cheque____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition
                                                                                          [ ] Pretrial Violation

charging him or her with (brief description of offense)

21 USC 841(a)(1) and 846 Conspiracy to Distribute Marijuana
21 USC 841(a)(1) - Possession of Marijuana with Intent to Distribute
18 USC 2 - Aiding and Abetting

DATE 1/30/08  ARRESTED BY Border Patrol, Boulevard
STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
Maria

In violation of Title _____See Above_____ United States Code Section(s) _____

W. Samuel Hamrick, Jr
Name of Issuing Officer

_signature_
Signature of Deputy

Clerk of the Court
Title of Issuing Officer

December 3, 2007   San Diego, CA
Date and Location

Bail fixed at $ ____No Bail____ by ____The Honorable Anthony J. Battaglia____
                                        Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |