FILED
FEB 1 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1  FRANCISCO J. SANCHEZ, JR.
2  Attorney at Law
   State Bar Number 220284
3  550 West C Street, 1670
   San Diego, CA 92101
4  Tel:   (619) 232-8000
5  Fax:   (619) 237-8898

6  Attorney for
7  Esequiel Lopez

8           UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA   )   Case No.:   07CR3245-BEN
                Plaintiff,    )
11                            )   **SUBSTITUTION OF ATTORNEY**
                              )
12 v.                         )
                              )
13 Esequiel Lopez             )
                Defendant     )
14 _____)

15   **PLEASE TAKE NOTICE THAT** defendant hereby substitutes FRANCISCO J.
16 SANCHEZ, JR, as his counsel of record in place and instead of Martha Hall.
17
18 Dated: 2/19/08
                                         _____
19                                       Esequiel Lopez
   I CONSENT TO THE ABOVE SUBSTITUTION
20
21 Dated: ✗ 2-14-08
                                         _____
22 SUBSTITUTION ACCEPTED
23 Dated: 2-11-08
                                         _____
24                                       FRANCISCO J. SANCHEZ, JR. ESQ.

25 IT IS SO ORDERED:
26 Dated: 2/19/08
                                         _____
27                                       HON. WILLIAM McCURINE, JR.
                                         United States Magistrate Judge
28