Francisco J. Sanchez, Jr., Calif. Bar No. 220284
LAW OFFICE OF FRANCISCO J. SANCHEZ, JR.
550 West C Street, Suite 1670
San Diego, CA 92101
Telephone: (619) 232-8000
Facsimile: (619) 237-8898

Attorney for Defendant
ESEQUIEL LOPEZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Roger T. Benitez)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>ESEQUIEL LOPEZ (1),<br><br>   Defendant. | CASE NO. 07 CR 3245 BEN<br><br>**NOTICE OF MOTION TO COMPEL DISCOVERY AND LEAVE TO FILE FURTHER MOTIONS**<br><br>Date: March 17, 2008<br>Time: 2:00 p.m. |

TO:  KAREN P. HEWITT, UNITED STATES ATTORNEY AND JILL BURKHARDT, ASSISTANT UNITED STATES ATTORNEY.

PLEASE TAKE NOTICE that on March 17, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, Defendant ESEQUIEL LOPEZ, by and through his counsel, Francisco J. Sanchez, Jr., will ask this court to enter an order compelling discovery and for leave to file further motions.

1 | This notice is based on the instant notice, and the Memorandum of Points and
2 | Authorities, and all other materials that may come to this Court's attention at the time of the
3 | hearing on the motion.

Dated:    March 4, 2008                    Respectfully submitted,


By: /s/ Francisco J. Sanchez, Jr.
    Francisco J. Sanchez, Jr.
    Attorney for Defendant
    ESEQUIEL LOPEZ