Francisco J. Sanchez, Jr., Calif. Bar No. 220284
LAW OFFICE OF FRANCISCO J. SANCHEZ, JR.
550 West C Street, Suite 1670
San Diego, CA 92101
Telephone:  (619) 232-8000
Facsimile:   (619) 237-8898

Attorney for Defendant
ESEQUIEL LOPEZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Roger T. Benitez)

| UNITED STATES OF AMERICA, | ) CASE NO.  07 CR 3245 BEN |
|---|---|
| Plaintiff, | ) **CERTIFICATE OF SERVICE** |
| vs. | ) |
| ESEQUIEL LOPEZ (1), | ) |
| Defendant. | ) |

  Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that copy of the foregoing motion has been electronically served this day upon:

  JILL BURKHARDT
  U.S. Attorney's Office
  880 Front Street
  San Diego, CA 92101

1
2
3  Dated: March 4, 2008                    Respectfully submitted,
4
5
6                                          By: /s/ Francisco J. Sanchez, Jr.
7                                              Francisco J. Sanchez, Jr.
                                               550 West C Street, Suite 1670
8                                              San Diego, CA 92101
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28