1 | FRANCISCO J. SANCHEZ JR.
2 | 550 West C St, Suite 1670
  | San Diego, California  92101
  | Telephone:   (619) 232-8000
3 | Facsimile:    (619) 237-8898

4

  | Attorneys for Defendant
5 | EZEQUIEL LOPEZ

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO.: 07CR3245-BEN |
|---|---|---|
|  | ) | |
|  | ) | **JOINT MOTION TO CONTINUE** |
| Plaintiffs, | ) | **MOTION HEARING FROM MAY 16,** |
| v. | ) | **2008 TO JUNE 23, 2008** |
|  | ) | |
| EZEQUIEL LOPEZ and ARMANDO | ) | Hearing Date: May 16, 2008 |
| REGALADO-NARANJO | ) | Time:            2:00 p.m. |
|  | ) | Judge:          Roger T. Benetiz |
| Defendant. | ) | |

NOTICE IS HEREBY GIVEN THAT:  Defendant EZEQUEIL LOPEZ ( hereinafter "LOPEZ") by and through his attorney of record Francisco J. Sanchez, Jr. and Defendant, ARMANDO REGALADO-NARANJO (hereinafter "REGALADO-NARANJO"), by and through his attorney of record, Manuel L. Ramirez, Esq. of The Ramirez Law Firm; and Plaintiff, United States of America, by and through Assistant United States Attorney Jill Burkhardt, jointly move this Honorable Court to continue the current motion date of  May 16, 2008 to June 23, 2008. The grounds for the instant joint motion are as following:

1. All parties herein mentioned need additional time to review and analyze new discovery that has recently been produced;

2. REGALADO-NARANJO, LOPEZ and the Government also need additional time to meet, discuss and negotiate a possible disposition of this matter in light of the newly produced discovery;

3. The Government and both Defendants believe that it will be in the best interest of judicial and law enforcement economy to continue the motion hearing to the date requested.

## **CONCLUSION**

Based on the above, it is respectfully requested that the instant Joint Motion to Continue the Motion Hearing date be granted.

Dated:  May 16, 2008                               THE RAMIREZ LAW FIRM

                                    By:     /s/ MANUEL L. RAMIREZ
                                            Manuel L. Ramirez, Esq.
                                            Attorneys for Defendant,
                                            ARMANDO REGALADO-NARANJO


                                            FRANCISCO J. SANCHEZ, JR.

                                            /s/ FRANCISCO J. SANCHEZ, JR.
                                            Francisco J. Sanchez, Jr. Esq.
                                            Attorney for Defendant
                                            EZIQUIEL LOPEZ


Dated:  May 16, 2008                               UNITED STATES ATTORNEY
                                                   KAREN P. HEWITT


                                    By:     /s/ JILL BURKHARDT
                                            Jill Burkhardt, Esq.
                                            Assistant U.S. Attorney,