1  Francisco J. Sanchez, Jr., Calif. Bar No. 220284
   LAW OFFICE OF FRANCISCO J. SANCHEZ, JR.
2  550 West C Street, Suite 1670
   San Diego, CA 92101
3  Telephone:  (619) 232-8000
   Facsimile:  (619) 237-8898
4
5  Attorney for Defendant
   Ezequiel Lopez
6
7                    UNITED STATES DISTRICT COURT

8            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

9                 **(HONORABLE ROGER T. BENITEZ)**

10

11 UNITED STATES OF AMERICA      ) CASE  NO.  07 CR 3245-BEN
                                 )
12       Plaintiff,              )
                                 )
13 vs.                          ) **CERTIFICATE OF SERVICE**
                                 )
14 EZEQUIEL LOPEZ               )
                                 )
15           Defendant          )
                                 )
16 _____)

17     Counsel for Defendant, EZEQUIEL LOPEZ, certifies that the foregoing pleading is

18 true and accurate to the best of his information and belief, and that a copy of the foregoing

19 motion has been electronically served this day upon:

20
   JILL BURKHARDT
21 U.S. Attorney's Office
   880 Front Street
22 San Diego, CA 92101

23

24 Dated:  May 16, 2008          /s/ Francisco J. Sanchez, Jr.
                                 FRANCISCO J. SANCHEZ, JR.
25                               550 West C Street, Suite 1670
                                 San Diego, CA 92101
26

27

28
                        CERTIFICATE OF SERVICE
                                                    07 CR 3245 -BEN